UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

**CASE NO.  CV 14-1737 AJW**                                       **D A T E :  A u g u s t  2 4 ,  2 0 1 5**

**TITLE: DAVID SULLIVAN  v. CAROLYN J. COLVIN, Acting Commissioner of Social Security**
====================================================
**PRESENT:     HON.  ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE**

      **Ysela Benavides**
      **Deputy Clerk**                   **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
    **None**                                          **None**

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE REGARDING DISMISSAL**

On October 20, 2014, plaintiff's counsel's motion to withdraw as attorney of record was granted, and plaintiff was substituted in pro se.  An order was filed extending the briefing schedule and modifying the Case Management Order to permit the filing of cross-motions for summary judgment in lieu of a joint stipulation.  Pursuant to that order, plaintiff had until January 14, 2015 in which to file a summary motion.  Defendant's cross-motion for summary judgment was due filed 30 days thereafter.

Plaintiff did not file a summary judgment motion within the time allowed nor has he taken any other steps to prosecute this action.  Accordingly, plaintiff shall have to and including **Monday, September 14, 2015** in which to show cause, if any there be, why this case should not be dismissed for failure to prosecute and to comply with the court's orders.  Plaintiff may attempt to show cause by filing with the Clerk of Court one or more declarations under penalty of perjury (with supporting exhibits, if needed).

**Plaintiff is cautioned that failure to respond to this order or to show good cause within the time allowed may result in the dismissal of this action with or without prejudice.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

cc:       Parties