UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID SULLIVAN,** | ) |
| Plaintiff, | ) No. CV 14-1737 AJW |
| v. | ) |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,** | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

September 21, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge